In re    **Andrea J Bradley,**                                              Case No. _____
        **Darrin Andre Lipsey**
                                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx0001<br><br>Aes/ Cit Ed<br>1200 N 7th St<br>Harrisburg, PA 17102 | | H | Opened 11/01/06 Last Active 6/30/13<br>Educational | | | | 44,791.00 |
| Account No. xxxxxxxxxxxx0002<br><br>Aes/ Cit Ed<br>1200 N 7th St<br>Harrisburg, PA 17102 | | H | Opened 11/01/06 Last Active 6/30/13<br>Educational | | | | 34,844.00 |
| Account No. xxxxxxxxxxxxxxx<br><br>AES/CIT ED<br>1200 N. 7th St.<br>Harrisburg, PA 17102 | | W | 11/1/2006<br>Education Loan | | | | 34,844.00 |
| Account No. xxxxxxxxxxxxxxxx<br><br>AES/CIT ED<br>1200 N. 7th St.<br>Harrisburg, PA 17102 | | W | 11/1/2006<br>Educational Loan | | | | 44,791.00 |
| __15__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 159,270.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com        S/N:46370-130626   Best Case Bankruptcy

In re **Andrea J Bradley,**
      **Darrin Andre Lipsey**
      _____,
                              Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx8186 <br><br> Afni <br> Attention: Bankruptcy <br> 1310 Martin Luther King Dr <br> Bloomington, IL 61701 | | H | Opened 1/01/13 <br> Collection Attorney At T Mobility | | | | 903.00 |
| Account No. xxxxxxx <br><br> Bureau of Collection R <br> 7575 Corporate Way <br> Eden Prairie, MN 55344 | | W | 7/1/2012 <br> Collection | | | | 904.00 |
| Account No. xxxxxxx <br><br> CBA Collection Bureau <br> 25954 Eden Landing Rd. <br> Hayward, CA 94545 | | W | 11/1/2010 <br> Collection | | | | 241.00 |
| Account No. xxxx7234 <br><br> Cba Collection Bureau <br> Po Box 5013 <br> Hayward, CA 94540 | | H | Opened 11/01/10 <br> Collection Attorney Comcast | | | | 241.00 |
| Account No. xxxxxx4802 <br><br> Colorado Student Loa/College Assist <br> 1560 Broadway <br> Ste. 1700 <br> Denver, CO 80202 | | H | Opened 12/16/98 Last Active 11/01/06 <br> Educational | | | | 2,641.00 |

Sheet no. **1** of **15** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,930.00

In re    **Andrea J Bradley,**                                                  Case No. _____
      **Darrin Andre Lipsey**
_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx4801**<br><br>**Colorado Student Loa/College Assist**<br>**1560 Broadway**<br>**Ste. 1700**<br>**Denver, CO 80202** | | H | Opened 7/16/98 Last Active 11/01/06<br>Educational | | | | 2,126.00 |
| Account No. **xxx4803**<br><br>**Colorado Student Loa/College Assist**<br>**1560 Broadway**<br>**Ste. 1700**<br>**Denver, CO 80202** | | H | Opened 10/01/03 Last Active 12/01/06<br>Educational | | | | 0.00 |
| Account No. **xxx4804**<br><br>**Colorado Student Loa/College Assist**<br>**1560 Broadway**<br>**Ste. 1700**<br>**Denver, CO 80202** | | H | Opened 10/01/03 Last Active 12/01/06<br>Educational | | | | 0.00 |
| Account No. **xxx4805**<br><br>**Colorado Student Loa/College Assist**<br>**1560 Broadway**<br>**Ste. 1700**<br>**Denver, CO 80202** | | H | Opened 8/01/04 Last Active 12/01/06<br>Educational | | | | 0.00 |
| Account No. **xxx4806**<br><br>**Colorado Student Loa/College Assist**<br>**1560 Broadway**<br>**Ste. 1700**<br>**Denver, CO 80202** | | H | Opened 8/01/04 Last Active 12/01/06<br>Educational | | | | 0.00 |

Sheet no. __2__ of __15__ sheets attached to Schedule of                Subtotal
Creditors Holding Unsecured Nonpriority Claims                               (Total of this page)        **2,126.00**

In re   **Andrea J Bradley,**  
       **Darrin Andre Lipsey**  
_____,  
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxx4802 <br><br> **Colorado Student Loa/College Assist** <br> **1560 Broadway** <br> **Ste. 1700** <br> **Denver, CO 80202** | | H | Opened 12/01/98 Last Active 12/01/06 <br> Educational | | | | 0.00 |
| Account No. xxx4807 <br><br> **Colorado Student Loa/College Assist** <br> **1560 Broadway** <br> **Ste. 1700** <br> **Denver, CO 80202** | | H | Opened 9/01/05 Last Active 12/01/06 <br> Educational | | | | 0.00 |
| Account No. xxx4808 <br><br> **Colorado Student Loa/College Assist** <br> **1560 Broadway** <br> **Ste. 1700** <br> **Denver, CO 80202** | | H | Opened 9/01/05 Last Active 12/01/06 <br> Educational | | | | 0.00 |
| Account No. xxx4801 <br><br> **Colorado Student Loa/College Assist** <br> **1560 Broadway** <br> **Ste. 1700** <br> **Denver, CO 80202** | | H | Opened 7/01/98 Last Active 12/01/06 <br> Educational | | | | 0.00 |
| Account No. xxxxxx4804 <br><br> **Colorado Student Loa/College Assist** <br> **1560 Broadway** <br> **Ste. 1700** <br> **Denver, CO 80202** | | H | Opened 10/14/03 Last Active 10/01/06 <br> Educational | | | | Unknown |

Sheet no. __3__ of __15__ sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)     0.00

In re  **Andrea J Bradley,**
      **Darrin Andre Lipsey**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxx4808<br><br>Colorado Student Loa/College Assist<br>1560 Broadway<br>Ste. 1700<br>Denver, CO 80202 | | H | Opened 9/06/05 Last Active 10/01/06<br>Educational | | | | Unknown |
| Account No. xxxxxxx4805<br><br>Colorado Student Loa/College Assist<br>1560 Broadway<br>Ste. 1700<br>Denver, CO 80202 | | H | Opened 8/26/04 Last Active 10/01/06<br>Educational | | | | Unknown |
| Account No. xxxxxxx4807<br><br>Colorado Student Loa/College Assist<br>1560 Broadway<br>Ste. 1700<br>Denver, CO 80202 | | H | Opened 9/06/05 Last Active 10/01/06<br>Educational | | | | Unknown |
| Account No. xxxxxxx4803<br><br>Colorado Student Loa/College Assist<br>1560 Broadway<br>Ste. 1700<br>Denver, CO 80202 | | H | Opened 10/14/03 Last Active 10/01/06<br>Educational | | | | Unknown |
| Account No. xxxxxxx4806<br><br>Colorado Student Loa/College Assist<br>1560 Broadway<br>Ste. 1700<br>Denver, CO 80202 | | H | Opened 8/26/04 Last Active 10/01/06<br>Educational | | | | Unknown |

Sheet no. **4** of **15** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **0.00**

In re **Andrea J Bradley,**
        **Darrin Andre Lipsey**
                                                                Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx6202 <br><br> **Community Driven Cr Un** <br> **5397 W Michigan Ave** <br> **Ypslanti, MI 48197** | | W | Opened 1/01/10 Last Active 5/25/10 <br> Unsecured | | | | 576.00 |
| Account No. xxxxxxxx6203 <br><br> **Community Driven Cr Un** <br> **5397 W Michigan Ave** <br> **Ypslanti, MI 48197** | | W | Opened 6/01/09 Last Active 12/01/09 <br> Unsecured | | | | 0.00 |
| Account No. xxxxxxxxxxxx2394 <br><br> **Community Driven Cr Un** <br> **5397 W Michigan Ave** <br> **Ypsilanti, MI 48197** | | W | Opened 4/01/98 Last Active 9/21/09 <br> Credit Card | | | | 0.00 |
| Account No. xxxxxx4557 <br><br> **Crd Prt Asso** <br> **Attn: Bankruptcy** <br> **Po Box 802068** <br> **Dallas, TX 75380** | | W | 11 Comcast Cable | | | | 503.00 |
| Account No. xxxxxx7339 <br><br> **Crd Prt Asso** <br> **Attn: Bankruptcy** <br> **Po Box 802068** <br> **Dallas, TX 75380** | | H | Opened 6/01/09 <br> Collection Attorney Comcast Cable | | | | 157.00 |
| Sheet no. __5__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Subtotal <br> (Total of this page) | | | | 1,236.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Andrea J Bradley,**  
     **Darrin Andre Lipsey**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx<br><br>Credit Management LP<br>4200 International Parkway<br>Carrollton, TX 75007 | | W | 1/1/2012<br>Collection | | | | 883.00 |
| Account No. xxxx9516<br><br>Credit Management Lp<br>4200 International Pkwy<br>Carrollton, TX 75007 | | H | Opened 12/01/12<br>Collection Attorney Wow Internet Cable Service - | | | | 311.00 |
| Account No. xxxxxxxxxx<br><br>Credit Protection Association<br>13366Noel Rd. Ste. 2100<br>Dallas, TX 75240 | | W | 6/1/2009<br>Collection | | | | 157.00 |
| Account No. xxxxxxxxxxx<br><br>DTE Energy<br>1 Engery Plaza #WCB2106<br>Detroit, MI 48226 | | W | 3/1/2008<br>Utility Bill | | | | 929.00 |
| Account No. xxxxxxxx0026<br><br>Dte Energy<br>Attention: Bankruptcy Department<br>Po Box 740786<br>Cincinnati, OH 45274 | | H | Opened 3/01/08 Last Active 8/09/12<br>Agriculture | | | | 0.00 |

Sheet no. **6** of **15** sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)    **2,280.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Andrea J Bradley,**
   **Darrin Andre Lipsey**
   _____,
                    Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx0031<br><br>Dte Energy<br>Attention: Bankruptcy Department<br>Po Box 740786<br>Cincinnati, OH 45274 | | W | Opened 10/01/06 Last Active 4/24/08<br>Agriculture | | | | 0.00 |
| Account No. xxxxxxxxxxxx1001<br><br>Exeter Finance Corp<br>222 W Las Colinas Blvd<br>Irving, TX 75039 | | H | Opened 1/01/13 Last Active 4/25/13<br>Automobile | | | | 18,514.00 |
| Account No. xxxxxxx<br><br>Fair Collection & Out<br>12304 Baltimore Ave. Ste.<br>Beltsville, MD 20705 | | W | 5/1/2008<br>Collection | | | | 683.00 |
| Account No. xxx0098<br><br>Fair Collections & Out<br>12304 Baltimore Ave Unite E<br>Beltsville, MD 20705 | | J | Opened 5/01/08 Last Active 11/17/08<br>Collection Attorney Lakeshore Apartments | | | | 683.00 |
| Account No. xxxxxxxxxxxx3879<br><br>First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104 | | H | Opened 5/09/06 Last Active 4/15/10<br>Credit Card | | | | 0.00 |

Sheet no. __7__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **19,880.00**

In re **Andrea J Bradley,**
**Darrin Andre Lipsey**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx0846<br><br>HSBC Bank<br>PO Box 5253<br>Carol Stream, IL 60197 | | - | 1/1/2007<br>Credit Card | | | | 0.00 |
| Account No. xxxxxxxxxxxx7619<br><br>Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197 | | H | Opened 1/01/07 Last Active 2/03/08<br>Credit Card | | | | 0.00 |
| Account No.<br><br>Imad Bakkar<br>42345 Trent Dr<br>Canton, MI 48188 | | J | Expired Lease Debt | | | | 2,846.00 |
| Account No. xxxxxxxxxxxxx2455<br><br>J.J. Marshall & Associates<br>Po Box 182190<br>Shelby Township, MI 48318 | | J | Opened 8/01/11 Last Active 1/28/13<br>Collection Attorney Community Driven Credit Union | | | | 1,316.00 |
| Account No. xxx6042<br><br>Jj Marshall & Associ<br>Po Box 6099<br>Jackson, MI 49204 | | W | Opened 6/01/11<br>Collection Attorney Henry Ford Pharmacy Advantage | | | | 21.00 |
| Sheet no. __8__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Subtotal<br>(Total of this page) | | | | 4,183.00 |

In re  **Andrea J Bradley,**          Case No. _____
      **Darrin Andre Lipsey**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxxxxxx<br><br>JJ Marshall & Associates<br>6060 Collection Dr.<br>Utica, MI 48316 | | J | 8/1/2011<br>Collection | | | | 1,093.00 |
| Account No. xx0xxx<br><br>L J Ross and Associate<br>PO Box 1838<br>Ann Arbor, MI 48106 | | W | 2/1/2008<br>Collection | | | | 1,787.00 |
| Account No. xxx2466<br><br>L.j. Ross & Associat<br>Po Box 1838<br>Ann Arbor, MI 48103 | | H | Opened 11/01/12<br>Collection Attorney Iha Health Services Corporatio | | | | 376.00 |
| Account No. xxx4971<br><br>Lamont Hanley & Associ<br>1138 Elm St<br>Manchester, NH 03101 | | W | Opened 8/01/09<br>Collection Attorney Bristol West Preferred Ins C | | | | 108.00 |
| Account No. xxxxxxxxx<br><br>Midland Funding<br>8875 Aero Dr. Ste. 200<br>San Diego, CA 92123 | | W | 9/1/2011<br>Debt Purchase | | | | 158.00 |
| Sheet no. **9** of **15** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Subtotal<br>(Total of this page) | | | | 3,522.00 |

In re **Andrea J Bradley,**
    **Darrin Andre Lipsey**
_____,
                                Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx0835 <br><br> Midland Funding <br> 8875 Aero Dr Ste 200 <br> San Diego, CA 92123 | | H | Opened 9/01/11 <br> Factoring Company Account T-Mobile | | | | 158.00 |
| Account No. xxxx1945 <br><br> Nco Fin/09 <br> Attention: Bankruptcy <br> 507 Prudential Rd <br> Horsham, PA 19044 | | H | Opened 11/01/12 <br> Collection Attorney Directv | | | | 884.00 |
| Account No. xxxx9939 <br><br> Nco Fin/55 <br> Po Box 13570 <br> Philadelphia, PA 19101 | | W | Opened 10/01/12 <br> Collection Attorney Beaumont - Royal Oak Wbr300 | | | | 95.00 |
| Account No. xx0215 <br><br> Paramont Capital Group <br> 300 Conshohocken State S <br> Conshohocken, PA 19428 | | W | Opened 12/01/08 Last Active 11/18/09 <br> Educational | | | | Unknown |
| Account No. xxxxxxxxxxxx7619 <br><br> Portfolio Recovery <br> Attn: Bankruptcy <br> Po Box 41067 <br> Norfolk, VA 23541 | | H | Opened 3/01/09 Last Active 4/15/10 <br> Factoring Company Account Hsbc Card Services Iii Inc. | | | | 0.00 |

Sheet no. __10__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,137.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Andrea J Bradley,**  
      **Darrin Andre Lipsey**  
                                           Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx<br><br>Professional Account Management<br>633 W. Wisconsin Ave.<br>Milwaukee, WI 53203 | | W | 5/1/2012<br>Collection | | | | 80.00 |
| Account No. xxxx0293<br><br>Professnl Acct Mgmt In<br>Pam Po Box 391<br>Milwaukee, WI 53201 | | H | Last Active 1/30/13<br>City Of Detroit Parking Viola | | | | 0.00 |
| Account No. xxxxxxxxxxxxxxxxxxxxx<br><br>Salle Mae<br>PO Box 9500<br>Wilkes Barre, PA 18773 | | W | 9/1/2002<br>Educational Loan | | | | 6,459.00 |
| Account No. xxxxxxxxxxxxx1200<br><br>Sallie Mae<br>Attn: Claims Department<br>Po Box 9500<br>Wilkes-Barre, PA 18773 | | H | Opened 9/05/02 Last Active 12/15/08<br>Educational | | | | 6,703.00 |
| Account No. xxxxxxxxxx0002<br><br>Sallie Mae<br>Attn: Claims Department<br>Po Box 9500<br>Wilkes-Barre, PA 18773 | | H | Opened 12/01/02 Last Active 11/14/06<br>Educational | | | | 0.00 |

Sheet no. **11** of **15** sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)     **13,242.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Andrea J Bradley,**  
      **Darrin Andre Lipsey**  
                            Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx4079 <br><br> **Southwest Credit Syste** <br> 4120 International Parkway Suite 1100 <br> Carrollton, TX 75007 | | H | Opened 1/01/12 <br> Collection Attorney Att Mobility | | | | 1,066.00 |
| Account No. xxxxxxxx <br><br> **Southwest Credit Systems** <br> 5910 W. Plano Parkway Ste. 10 <br> Plano, TX 75093 | | W | 1/1/2012 <br> Collection | | | | 1,066.00 |
| Account No. xxxxxxxxxxxxxxxxxxxxxxxx9928 <br><br> **State Of Mi Office Chi** <br> Po Box 30037 <br> Lansing, MI 48909 | | W | Opened 6/01/01 Last Active 5/29/13 <br> Family Support | | | | 27,872.00 |
| Account No. xxxxxxxx1026 <br><br> **Student Loan Mkt Assn/Sallie Mae** <br> Attention: Bankruptcy Litigation Unit <br> E3149, Po Box 9430 <br> Wilkes-Barre, PA 18773 | | H | Opened 4/01/03 Last Active 4/01/04 <br> Educational | | | | Unknown |
| Account No. xxxxxxxx1016 <br><br> **Student Loan Mkt Assn/Sallie Mae** <br> Attention: Bankruptcy Litigation Unit <br> E3149, Po Box 9430 <br> Wilkes-Barre, PA 18773 | | H | Opened 11/01/02 Last Active 3/01/04 <br> Educational | | | | Unknown |

Sheet no. __12__ of __15__ sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)     30,004.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

In re  **Andrea J Bradley,**  
**Darrin Andre Lipsey**  
_____,  
Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxx102F<br><br>Student Loan Mkt Assn/Sallie Mae<br>Attention: Bankruptcy Litigation Unit<br>E3149, Po Box 9430<br>Wilkes-Barre, PA 18773 | | H | Opened 4/11/03 Last Active 4/20/04<br>Government Unsecured Guarantee Loan | | | | 0.00 |
| Account No. xxxxxxxxx101F<br><br>Student Loan Mkt Assn/Sallie Mae<br>Attention: Bankruptcy Litigation Unit<br>E3149, Po Box 9430<br>Wilkes-Barre, PA 18773 | | H | Opened 11/22/02 Last Active 2/24/04<br>Government Unsecured Guarantee Loan | | | | 0.00 |
| Account No. xxxxxxxxxxxxxxxx<br><br>Toyato Motor Credit Company<br>19500 Victor Parkway Ste.40<br>Livonia, MI 48152 | | W | 12/1/2006<br>Auto Loan | | | | 8,500.00 |
| Account No. xxxxxxxxxxxxx0001<br><br>Toyota Motor Credit Co<br>Toyota Financial Services<br>Po Box 8026<br>Cedar Rapids, IA 52408 | | H | Opened 12/01/06 Last Active 7/19/12<br>Automobile | | | | Unknown |
| Account No. xxxxxxxxxx9480<br><br>Univ Of Detroit Mrcy<br>4001 W Mcnichols Rd # Fa<br>Detroit, MI 48221 | | H | Opened 4/01/06 Last Active 11/10/06<br>Educational | | | | 0.00 |

Sheet no. __13__ of __15__ sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)  

8,500.00

In re    **Andrea J Bradley,**                                                           Case No. _____
        **Darrin Andre Lipsey**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxxx8339 <br><br>Universal Credit Servi<br>Po Box 158<br>Hartland, MI 48353 | | H | Opened 8/01/11 Last Active 3/05/12<br>Collection Attorney U/M Health Systems | | | | 0.00 |
| Account No. xxxxxxxxxxxxx0001 <br><br>Verizon<br>Verizon Wireless Department/Attn: Bankru<br>Po Box 3397<br>Bloomington, IL 61702 | | H | Opened 6/16/05 Last Active 3/27/07 | | | | 0.00 |
| Account No. xxxxxxxxxxxxx0001 <br><br>Verizon<br>Verizon Wireless Department/Attn: Bankru<br>Po Box 3397<br>Bloomington, IL 61702 | | H | Opened 6/01/05 Last Active 10/20/07 | | | | 0.00 |
| Account No. xxxxxxxxxxxxx9001 <br><br>Wells Fargo Bank<br>Macq 2123-013<br>Pob 94423<br>Albuquerque, NM 87199 | | J | Opened 9/01/05 Last Active 11/04/11<br>Automobile | | | | 0.00 |
| Account No. <br><br>William Beaumont Hospital | | - | | | | | 0.00 |

Sheet no. __14__ of __15__ sheets attached to Schedule of            Subtotal        0.00
Creditors Holding Unsecured Nonpriority Claims                           (Total of this page)

In re **Andrea J Bradley,**
**Darrin Andre Lipsey**
                                                                                Debtors,

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx0002<br><br>Xls/citel<br>Aes/Ddb<br>Po Box 8183<br>Harrisburg, PA 17105 | | H | Opened 11/07/06  Last Active  1/21/10<br>Educational | | | | 0.00 |
| Account No. xxxxxxxxxxxx0001<br><br>Xls/citel<br>Aes/Ddb<br>Po Box 8183<br>Harrisburg, PA 17105 | | H | Opened 11/07/06  Last Active  1/21/10<br>Educational | | | | 0.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **15** of **15** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **0.00**

Total
(Report on Summary of Schedules)  **250,310.00**