United States Bankruptcy Court
Eastern District of Michigan

In re: **Andrea J Bradley / Darrin Andre Lipsey** Debtor(s)

Case No.
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **July 30, 2013**   /s/ **Andrea J Bradley**
**Andrea J Bradley**
Signature of Debtor

Date: **July 30, 2013**   /s/ **Darrin Andre Lipsey**
**Darrin Andre Lipsey**
Signature of Debtor

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Aes/ Cit Ed
1200 N 7th St
Harrisburg, PA 17102


AES/CIT ED
1200 N. 7th St.
Harrisburg, PA 17102


Afni
Attention: Bankruptcy
1310 Martin Luther King Dr
Bloomington, IL 61701


Bureau of Collection R
7575 Corporate Way
Eden Prairie, MN 55344


Cba Collection Bureau
Po Box 5013
Hayward, CA 94540


Colorado Student Loa/College Assist
1560 Broadway
Ste. 1700
Denver, CO 80202


Community Driven Cr Un
5397 W Michigan Ave
Ypsilanti, MI 48197


Crd Prt Asso
Attn: Bankruptcy
Po Box 802068
Dallas, TX 75380


Credit Management LP
4200 International Parkway
Carrollton, TX 75007


Credit Protection Association
13366Noel Rd. Ste. 2100
Dallas, TX 75240

DTE Energy
1 Engery Plaza #WCB2106
Detroit, MI 48226


Dte Energy
Attention: Bankruptcy Department
Po Box 740786
Cincinnati, OH 45274


Exeter Finance Company
PO Box 4869
Department #280
Houston, TX 77210-4869


Exeter Finance Corp
222 W Las Colinas Blvd
Irving, TX 75039


Fair Collection & Out
12304 Baltimore Ave. Ste.
Beltsville, MD 20705


Fair Collections & Out
12304 Baltimore Ave Unite E
Beltsville, MD 20705


First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104


HSBC Bank
PO Box 5253
Carol Stream, IL 60197


Imad Bakkar
42345 Trent Dr
Canton, MI 48188


Internal Revenue Service


J.J. Marshall & Associates
Po Box 182190
Shelby Township, MI 48318

Jj Marshall & Associ
Po Box 6099
Jackson, MI 49204


JJ Marshall & Associates
6060 Collection Dr.
Utica, MI 48316


L J Ross and Associate
PO Box 1838
Ann Arbor, MI 48106


L.j. Ross & Associat
Po Box 1838
Ann Arbor, MI 48103


Lamont Hanley & Associ
1138 Elm St
Manchester, NH 03101


Midland Funding
8875 Aero Dr. Ste. 200
San Diego, CA 92123


Nco Fin/09
Attention: Bankruptcy
507 Prudential Rd
Horsham, PA 19044


Nco Fin/55
Po Box 13570
Philadelphia, PA 19101


Paramont Capital Group
300 Conshohocken State S
Conshohocken, PA 19428


Portfolio Recovery
Attn: Bankruptcy
Po Box 41067
Norfolk, VA 23541


Professional Account Management
633 W. Wisconsin Ave.
Milwaukee, WI 53203

Professnl Acct Mgmt In
Pam Po Box 391
Milwaukee, WI 53201


Salle Mae
PO Box 9500
Wilkes Barre, PA 18773


Sallie Mae
Attn: Claims Department
Po Box 9500
Wilkes-Barre, PA 18773


Southwest Credit Syste
4120 International Parkway Suite 1100
Carrollton, TX 75007


Southwest Credit Systems
5910 W. Plano Parkway Ste. 10
Plano, TX 75093


State Of Mi Office Chi
Po Box 30037
Lansing, MI 48909


Student Loan Mkt Assn/Sallie Mae
Attention: Bankruptcy Litigation Unit
E3149, Po Box 9430
Wilkes-Barre, PA 18773


Toyato Motor Credit Company
19500 Victor Parkway Ste.40
Livonia, MI 48152


Toyota Motor Credit Co
Toyota Financial Services
Po Box 8026
Cedar Rapids, IA 52408


Univ Of Detroit Mrcy
4001 W Mcnichols Rd # Fa
Detroit, MI 48221

Universal Credit Servi
Po Box 158
Hartland, MI 48353


Verizon
Verizon Wireless Department/Attn: Bankru
Po Box 3397
Bloomington, IL 61702


Wells Fargo Bank
Macq 2123-013
Pob 94423
Albuquerque, NM 87199


William Beaumont Hospital


Xls/citel
Aes/Ddb
Po Box 8183
Harrisburg, PA 17105