UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  ANDREA BRADLEY &
      DARRIN LIPSEY,                                    Case No. 13-61303
                                                                              Chapter  7
                Debtor(s).                          Hon. Phillip J. Shefferly
_____/

**ORDER DISMISSING CASE FOR FAILURE TO FILE DOCUMENTS**

The Court is advised that after a review of the case file, the debtors have failed to file Credit Counseling Certificates, corrected Schedules I and J on the most updated Official Forms, and have failed to correct signature deficiencies for the Statement of Financial Affairs and Declaration under Penalty of Perjury for Debtors without an Attorney, as required by Fed. R. Bank. P. 1007. Further, a request for an extension to meet these requirements has not been timely filed.

Accordingly, it is hereby ordered that pursuant to Fed. R. Bankr. P. 1007 and L.B.R. 1007-1(a) (E.D.M.), the above entitled case is **DISMISSED**.

.

**Signed on December 27, 2013**

                                                  **/s/ Phillip J. Shefferly**
                                            **Phillip J. Shefferly**
                                            **United States Bankruptcy Judge**