**UNITED STATES BANKRUPTCY COURT**

Eastern District of Michigan
_____

*In re*:  Case No.  13-61303
   Andrea J. Bradley-Lipsey
   Darrin A Lipsey  Chapter:  7
                              Debtor(s) /  Hon.  Phillip Shefferly

## DECLARATION UNDER PENALTY OF
## PERJURY FOR DEBTOR(S) WITHOUT AN ATTORNEY

The debtor(s) shall answer the following questions:

1. Did you have help in preparing the documents for your bankruptcy filing : [ ]Yes [X ]No

2. If you did have help, who helped you:

   Name
   Address
   City/State/Zip
   Telephone No.
   Soc. Sec. No.

3. If you did have help, what did you give or promise to give for this help? (Fill in all blanks)

   | | **Money** | | **Property** | | **Services** |
   |---|---|---|---|---|---|
   | Paid | $ | What | | What | |
   | Owed | $ | Value | $ | Value | $ |

   Note: Per Administrative Order 10-21. The maximum allowable fee chargeable by a bankruptcy petition preparer is $100.00.

1. Did you make any payment to the preparer for Court costs in connection with filing the petition?
   [ ] Yes [X ] No   If so, how much $ _____

   I declare under penalty of perjury that the above statements are true.

   /s/ *Andrea Bradley Lipsey*       /s/ *Darrin Lipsey*
   Debtor's Signature              Debtor's Signature              Bankruptcy Petition Preparer
     Andrea Bradley-Lipsey          Darrin Lipsey
   Print Name                      Print Name                      Print Name
     18485 Roselawn Detroit MI     18485 Roselawn Detroit MI
   Address                         Address                         Address
     313.367.2001                  313.367.2001
   Telephone No.                   Telephone No.                   Telephone No.

   **WARNING**:  It is a federal crime to file a document containing false information in a federal court proceeding. Penalty for false declaration; Fine of not more than $250,000 or imprisonment for not more than 5-years or both-18U.S.C. §152 and U.S.C. §3571.